**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Robyn Smith, | Civil No. 11-1771 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Blitz U.S.A., Inc., et al., | |
| Defendant. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  July 12, 2011

> s/Richard H. Kyle
> RICHARD H. KYLE
> United States District Judge