**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
<u>FERGUS FALLS DIVISION</u>**

| | |
|---|---|
| ROBYN SMITH for DEVAN VANBRUNT, a Minor, by his mother and natural guardian, )<br><br>Plaintiff,<br><br>v.<br><br>BLITZ U.S.A., INC., WAL-MART STORES, INC., WAL-MART STORES EAST, LP, WAL-MART STORES EAST, INC., and KINDERHOOK CAPITAL FUND II, L.P. and KINDERHOOK INDUSTRIES, LLC,<br><br>Defendants. | Case No.: 0:11-cv-01771-RHK-LIB<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 21, 2012, I caused the following document:

**DEFENDANTS WAL-MART STORES, INC., WAL-MART STORES EAST, LP, AND WAL-MART STORES EAST, INC.'S ANSWER TO FIRST AMENDED COMPLAINT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

   Brady R. Thomas – bthomas@rpwb.com
   Daniel S. Haltiwanger – dhaltiwanger@rpwb.com
   Michael R. Strom – mstrom@siebenpolklaw.com
   Anton Cheskis – acheskis@siebenpolklaw.com
   Henry "Hank" Anderson, III – handerson@wf.net
   Benton G. Ross – bross@wf.net

Dated this 21st day of March, 2012.

/s/ Ronald H. McLean
Ronald H. McLean (MN# 0148076)
Kasey D. McNary (MN# 390937)
SERKLAND LAW FIRM
10 Roberts Street
P.O. Box 6017
Fargo, ND 58108-6017
Telephone: (701) 232-8957
ATTORNEYS FOR DEFENDANTS