# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA
# <u>FERGUS FALLS DIVISION</u>

| | |
|---|---|
| **ROBYN SMITH for DEVAN VANBRUNT, a Minor, by his Mother and Natural Guardian,** ) | ) Case No.: 0:11-cv-01771 |
| ) | ) JUDGE KYLE |
| **Plaintiff,** ) | ) |
| ) | ) MAGISTRATE BRISBOIS |
| vs. ) | ) |
| ) | ) |
| **BLITZ U.S.A. INC., WAL-MART STORES, INC., WAL-MART STORES EAST, LP, and WAL-MART STORES EAST, INC.,** ) | ) CERTIFICATE OF SERVICE ) OF DISCOVERY ) ) |
| **Defendants.** ) | ) DEMAND FOR JURY TRIAL |

I hereby certify that on March 21, 2012, I caused the following document:

**Plaintiff's First Request for Production to Wal-Mart Stroes, Inc.**

to be emailed to the following:

Ronald H. McLean – rmclean@serklandlaw.com
Joseph A. Wetch, Jr. – jwetch@serklandlaw.com
Kasey D. McNary – kmcnary@serklandlaw.com

Dated this 21th day of March, 2012.

                                            /s/ Hank Anderson
                                            Hank Anderson
                                            (admitted *Pro Hac Vice*)