<u>**AFFIDAVIT OF SERVICE BY MAIL**</u>

Robyn Smith, for Devan VanBrunt, a Minor,
by his mother and natural guardian,
v.
Blitz U.S.A., Inc., Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, Wal-Mart Stores East, Inc., and
Kinderhook Capital Fund II, L.P. and Kinderhook Industries, LLC
Case No. 0:11-cv-01771

| | |
|---|---|
| STATE OF NORTH DAKOTA | ) |
| | ) ss. |
| COUNTY OF CASS | ) |

Katie Rudnick, being duly sworn, deposes and says that she is a resident of the City of Moorhead, State of Minnesota, is of legal age; and that she served the within:

**DEFENDANTS WAL-MART STORES, INC., WAL-MART STORES EAST, LP, AND WAL-MART STORES EAST, INC.'S ANSWER TO FIRST AMENDED COMPLAINT**

on March 27, 2012, by United States Mail and by placing a true and correct copy thereof in an envelope as follows, to-wit:

Seth Leventhal
Leventhal, PLLC
527 Marquette Avenue South, #2100
Minneapolis, MN 55402

Timothy P. Harkness
Pamila Gudkov
Freshfields Bruckhaus Deringer, LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022

and depositing the same with postage prepaid in the United States mail at Fargo, North Dakota.

To the best of affiant's knowledge, the addresses above given are the actual post office addresses of the party intended to be so served. The above document was mailed in accordance with the provisions of the Rules of Civil Procedure.

_/s/ Katie Rudnick_
Katie Rudnick

Subscribed and sworn to before me this 27th day of March, 2012.

LACEY A. HALLSTEN
Notary Public
State of North Dakota
My Commission Expires Sept. 21, 2016

_/s/ Lacey A. Hallsten_
Notary Public
Cass County, North Dakota
Commission Expires: 9-21-16

(SEAL)