UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
**FERGUS FALLS DIVISION**

| | |
|---|---|
| **ROBYN SMITH for DEVAN VANBRUNT, a Minor, by his Mother and Natural Guardian,** ) | Case No.: 0:11-cv-01771 |
| ) | |
| ) | JUDGE KYLE |
| **Plaintiff,** ) | |
| ) | MAGISTRATE BRISBOIS |
| vs. ) | |
| ) | |
| **BLITZ U.S.A. INC., WAL-MART STORES, INC., WAL-MART STORES EAST, LP, WAL-MART STORES EAST, INC., and KINDERHOOK CAPITAL FUND II, L.P. and KINDERHOOK INDUSTRIES, LLC,** ) | CERTIFIACTE OF SERVICE OF DISCOVERY |
| ) | |
| **Defendants.** ) | DEMAND FOR JURY TRIAL |

I hereby certify that on April 4, 2012, I caused the following document:

**Plaintiff's First Request for Production of Documents to Kinderhook Capital Fund II, L.P.**

to be emailed to the following:

Seth J S Levanthal – seth@leventhalpllc.com
Timothy P. Harkness – timothy.harkness@freshfields.com
Pamila Gudkov – mila.gudkov@freshfields.com

Dated this 5th day of April, 2012.

/s/ Hank Anderson
Hank Anderson
(admitted *Pro Hac Vice*)