**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
<u>FERGUS FALLS DIVISION</u>**

| | |
|---|---|
| **ROBYN SMITH for DEVAN VANBRUNT, a Minor, by his Mother and Natural Guardian,** | ) Case No.: 0:11-cv-01771 )  ) J<small>UDGE</small> K<small>YLE</small> |
| **Plaintiff,** | ) ) ) M<small>AGISTRATE</small> B<small>RISBOIS</small> |
| vs. | ) ) |
| **BLITZ U.S.A. INC., WAL-MART STORES, INC., WAL-MART STORES EAST, LP, WAL-MART STORES EAST, INC., and KINDERHOOK CAPITAL FUND II, L.P. and KINDERHOOK INDUSTRIES, LLC,** | ) ) **CERTIFIACTE OF SERVICE** ) **OF DISCOVERY** ) ) ) |
| **Defendants.** | ) D<small>EMAND</small> F<small>OR</small> J<small>URY</small> T<small>RIAL</small> |

I hereby certify that on April 4, 2012, I caused the following document:

**Plaintiff's First Request for Production of Documents to Kinderhook Industries, LLC**

to be emailed to the following:

Seth J S Levanthal – seth@leventhalpllc.com
Timothy P. Harkness – timothy.harkness@freshfields.com
Pamila Gudkov – mila.gudkov@freshfields.com

Dated this 5th day of April, 2012.

<u>/s/ Hank Anderson</u>
Hank Anderson
(admitted *Pro Hac Vice*)