UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBYN SMITH for DEVAN VANBRUNT, a Minor, by his Mother and Natural Guardian,<br><br>    Plaintiff,<br><br> v.<br><br>BLITZ U.S.A. INC., WAL-MART STORES, INC., WAL-MART STORES EAST, LP, WAL-MART STORES EAST, INC., KINDERHOOK CAPITAL FUND II L.P., and KINDERHOOK INDUSTRIES, LLC,<br><br>    Defendants. | Court File No.: 0:11-cv-01771 (RHK/LIB) |

### DEFENDANTS KINDERHOOK CAPITAL FUND II, L.P. NOTICE OF HEARING ON MOTION FOR EXTENSION OF TIME

**TO**: Plaintiff, by and through counsel, Henry "Hank" Anderson, III, Anderson Law Firm, 4245 Kemp Blvd Ste 810. Wichita Falls, TX 76308, Daniel S. Haltiwanger, Richardson, Patrick, Westbrook & Brickman, LLC, 1730 Jackson Street, Barnwell, South Carolina, 29812, Shauna Verheyen, Anton Cheskis, Sieben Polk P.A., 1640 S. Frontage Rd.. Hastings, MN 55033; and co-defendants, by and through counsel, David E. Jones, Logan & Lowry LLP, P.O. Box 452469, Grove, Oklahoma, 74345-2469, Ronald H. McLean, Kasey D. McNary, Serkland Law Firm, P.O. Box 6017, Fargo, North Dakota 58108-6017.

**PLEASE TAKE NOTICE** that on May 31, 2012 at 10 o'clock a.m., the Court will hear argument on the Kinderhook defendants' motion to for extension of time before U.S. Magistrate Judge Leo I. Brisbois, at United States District Court, United States District Court, Courtroom 3, Gerald W. Heany Federal Building, 515 W. First Street, 417 Federal Building, Duluth, Minnesota 55802-

1397.

Dated:  April 30, 2012

By: s/Seth Leventhal

LEVENTHAL pllc
Seth Leventhal, Esq. (#0263357)
2100 Rand Tower
527 Marquette Ave S
Minneapolis, MN 55402
Telephone: (612) 234-7349

seth@leventhalpllc.com


FRESHFIELDS BRUCKHAUS DERINGER US LLP

Timothy P. Harkness (admitted *pro hac vice*)
Pamila Gudkov (admitted *pro hac vice*)
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone:  (212) 277-4000


ATTORNEYS FOR DEFENDANTS KINDERHOOK CAPITAL FUND II, L.P. AND KINDERHOOK INDUSTRIES, LLC

4820-3225-0895, v.  1