# EXHIBIT A

\



**Anton Cheskis**
*Attorney at Law*
acheskis@siebenpolklaw.com

April 25, 2012

**VIA E-MAIL AND U.S. MAIL**

Seth Leventhal, Esq.
LEVENTHAL PLLC
527 Marquette Ave South
2100 Rand Tower
Minneapolis, MN 55402

      Re:   *Robyn Smith, et al. v. Blitz U.S.A., Inc., et al.*, Case No. 0:11-cv-01771, United States District Court for the District of Minnesota-Fergus Falls Div.

Dear Mr. Leventhal:

    I have reviewed Kinderhook Capital Fund II, L.P. and Kinderhook Industries, LLC's Rule 26(a)(1) Initial Disclosures dated April 9, 2012. *See* Exhibit "A," attached hereto.

    Please be advised that the Defendants' objection is not recognized under Fed. R. Civ. P. 26(a)(1)(D). Accordingly, Plaintiff requests that the Kinderhook Defendants immediately provide their initial disclosures as required under the rule.

    I am available to discuss this matter further with you in accordance with LR 37.1.

    Thank you for your attention to this matter.

FOR THE FIRM

Anton Cheskis
*acheskis@siebenpolklaw.com*

AC/cb

cc:
Timothy P. Harkness, Esq. – *Via Email only*
Dan Haltiwanger, Esq – *Via Email only*
Ron McLean, Esq. – *Via Email only*

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBYN SMITH for DEVAN VANBRUNT, a Minor, by his Mother and Natural Guardian,<br><br>Plaintiff,<br><br>v.<br><br>BLITZ U.S.A. INC., WAL-MART STORES, INC., WAL-MART STORES EAST, LP, WAL-MART STORES EAST, INC., KINDERHOOK CAPITAL FUND II L.P., and KINDERHOOK INDUSTRIES, LLC,<br><br>Defendants. | Court File No.: 0:11-cv-01771 (RHK/LIB)<br><br>**DEFENDANTS KINDERHOOK CAPITAL FUND II, L.P. AND KINDERHOOK INDUSTRIES, LLC'S RULE 26(A)(1) DISCLOSURES** |

Defendants Kinderhook Industries, LLC and Kinderhook Capital Fund II, L.P. (together, the "Kinderhook Defendants") respectfully submit, by special appearance, this disclosure statement pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

The Kinderhook Defendants filed a Motion to Dismiss or, in the alternative, Stay the claim against them (the "Motion to Dismiss") on March 29, 2012. Arguments on the Motion to Dismiss are scheduled to be heard by this Court on June 18, 2012. The Kinderhook Defendants submit that any disclosure of documents or information at this time is premature, as this Court has not yet determined whether it has personal jurisdiction over the Kinderhook Defendants, or that Plaintiffs have stated a claim against the Kinderhook Defendants upon which relief can be granted.

PLAINTIFF'S EXHIBIT "A"

1

Pursuant to Fed. R. Civ. P. 26(e), the Kinderhook Defendants will supplement the disclosures made herein in the event that the Motion to Dismiss is denied or initial disclosures are ordered by the Court.

Dated: April 9, 2012

By: s/Seth Leventhal

LEVENTHAL pllc
Seth Leventhal, Esq. (#0263357)
2100 Rand Tower
527 Marquette Ave S
Minneapolis, MN 55402
Telephone: (612) 234-7349

seth@leventhalpllc.com


FRESHFIELDS BRUCKHAUS DERINGER
US LLP

Timothy P. Harkness (admitted *pro hac vice*)
Pamila Gudkov (admitted *pro hac vice*)
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000


ATTORNEYS FOR DEFENDANTS
KINDERHOOK CAPITAL FUND II, L.P.
AND KINDERHOOK INDUSTRIES, LLC