THE
# ANDERSON
LAW FIRM

4245 Kemp Suite 810
Wichita Falls, Texas 76308

Hank Anderson
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
Certified - National Board of Trial Advocacy
Civil Trial Advocacy

Telephone: (940) 691-7600
E-Mail: lawfirm@wf.net
Website: www.andersonlawfirmtexas.com

May 17, 2012

HONORABLE RICHARD H. KYLE
United States District Court
District of Minnesota
772 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re:  *Robyn Smith, et al. v. Blitz U.S.A., Inc., et al.*, Case No. 0:11-cv-01771,
United States District Court for the District of Minnesota-Fergus Falls Div.

Dear Judge Kyle:

Pursuant to the Court's order of May 10, 2012 [Docket No. 84], Plaintiff's search of the public record has revealed that the specific identity of the general and limited partners of Kinderhook Capital Fund II, L.P. and the members of Kinderhook Industries, LLC is only available from the Defendants.

Plaintiff contacted the Kinderhook Defendants' counsel, Timothy P. Harkness, on May 14th and requested that the Defendants provide this information to her since it could not be obtained from publicly available sources.

Plaintiff contacted Mr. Harkness again today who advised Plaintiff's counsel that the Defendants were having a hard time trying to locate the residence of each of the limited partners of Kinderhook Capital Fund II, L.P. and he requested that parties discuss the matter tomorrow.

Because the deadline to file her Amended Complaint is rapidly approaching and the Kinderhook Defendants have been unable to provide the Plaintiff with a date certain when she

would receive this information, Plaintiff respectfully requests that Court allow expedited jurisdictional discovery of the Kinderhook Defendants so she can properly amend her compliant pursuant to the Court's order.

                                                Very truly yours,

                                                Hank Anderson
                                                Attorney at Law

HA/cb