IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
<u>FERGUS FALLS DIVISION</u>

| | |
|---|---|
| ROBYN SMITH for DEVAN VANBRUNT, a Minor, by his mother and natural guardian,<br><br>　　　Plaintiff,<br><br>v.<br><br>BLITZ U.S.A., INC., WAL-MART STORES, INC., WAL-MART STORES EAST, LP, and WAL-MART STORES EAST, INC., and KINDERHOOK CAPITAL FUND II, L.P., AND KINDERHOOK INDUSTRIES, L.L.C.<br><br>　　　Defendants. | Case No.: 0:11-cv-01771-RHK-LIB<br><br>**WAL-MART DEFENDANTS' RESPONSE TO KINDERHOOK CAPITAL FUND II, L.P.'S MOTION FOR EXTENSION OF TIME** |

COMES NOW, Defendant Wal-Mart Stores East, LP (incorrectly used as Wal-Mart Stores, Inc.) ("Wal-mart") by and through counsel, submits this response to Defendants Kinderhook Capital Fund II, L.P.'s Motion or Extension of Time.

The Kinderhook Defendants seek additional time to comply with the deadlines set forth in the above-captioned case's October 7, 2011 Pretrial Order. Wal-Mart takes no position on the pending motion and hereby reserves all rights and defenses available to Wal-Mart.

In addition, Wal-Mart desires to inform the Court of its intention to not appear at the May 31, 2012 hearing on the motion.

Dated this 30th day of May, 2012.

　　　　　　　　　　　　　　　　　　　　／s／ McN
　　　　　　　　　　　　　　　　　　　　Ronald H. McLean (#0148076)
　　　　　　　　　　　　　　　　　　　　Kasey D. McNary (MN# 390937)
　　　　　　　　　　　　　　　　　　　　SERKLAND LAW FIRM
　　　　　　　　　　　　　　　　　　　　10 Roberts Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 6017
　　　　　　　　　　　　　　　　　　　　Fargo, ND 58108-6017
　　　　　　　　　　　　　　　　　　　　Telephone: (701) 232-8957
　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANTS
　　　　　　　　　　　　　　　　　　　　WAL-MART STORES EAST, LP; AND
　　　　　　　　　　　　　　　　　　　　WAL-MART STORES EAST, INC.