IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
**FERGUS FALLS DIVISION**

| | |
|---|---|
| ROBYN SMITH for DEVAN VANBRUNT, a Minor, by his mother and natural guardian,<br><br>Plaintiff,<br><br>v.<br><br>BLITZ U.S.A., INC., WAL-MART STORES, INC., WAL-MART STORES EAST, LP, WAL-MART STORES EAST, INC., and KINDERHOOK CAPITAL FUND II, L.P. and KINDERHOOK INDUSTRIES, LLC,<br><br>Defendants. | Case No.: 0:11-cv-01771-RHK-LIB<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 30, 2012, I caused the following document:

**WAL-MART DEFENDANTS' RESPONSE TO KINDERHOOK CAPITAL FUND II, L.P.'S MOTION FOR EXTENSION OF TIME**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

    Brady R. Thomas – bthomas@rpwb.com
    Daniel S. Haltiwanger – dhaltiwanger@rpwb.com
    Michael R. Strom – mstrom@siebenpolklaw.com
    Anton Cheskis – acheskis@siebenpolklaw.com
    Henry "Hank" Anderson, III – handerson@wf.net
    Benton G. Ross – bross@wf.net
    Seth Leventhal – seth@leventhalpllc.com
    Timothy P. Harkness – timothy.harkness@freshfields.com
    Pamila Gudkov – mila.gudkov@freshfields.com

Dated this 30th day of May, 2012.

                                                                     Ronald H. McLean (MN# 0148076)
                                                                     Kasey D. McNary (MN# 390937)
                                                                       SERKLAND LAW FIRM
                                                                       10 Roberts Street / P.O. Box 6017
                                                                       Fargo, ND 58108-6017
                                                                       Telephone: (701) 232-8957
                                                                       ATTORNEYS FOR
                                                                       WAL-MART DEFENDANTS