# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Robyn Smith for Devan VanBrunt, a Minor, bus his mother and natural guardian,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Blitz U.S.A., Inc. et. al.,<br><br>　　　　　Defendants. | **COURT MINUTES**<br>BEFORE: Leo I. Brisbois<br>U.S. Magistrate Judge<br><br>Case No:　　　　11-1771 (RHK/LIB)<br>Date:　　　　　　5/31/2012<br>Court Reporter:　Digital Recording<br>Location:　　　　Duluth, Courtroom 3<br>Time Commenced:　10:00 a.m.<br>Time Concluded:　10:52 a.m.<br>Time in Court:　　0 hour & 52 minutes |

APPEARANCES:

　　For Plaintiffs:　　　Anton Cheskis
　　For Defendants:　　Timothy P. Harkness, Seth J.S. Leventhal

Defendant's Motion for Extension of Time [Docket No. 78]

IT IS SO ORDERED: Parties are directed to meet and confer regarding extension of the Pretrial Scheduling Order which is the subject of the present motion. Parties are also directed to meet and confer about a protective order which was brought up for the first at the hearing. The Motion is held in abeyance and deemed submitted on June 7, 2012 and will be taken under advisement at that time.

☒ Text Only Order Needed
☒ Order to be Issued

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Gina Fiorini
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Law Clerk