THE
**ANDERSON**
LAW FIRM

4245 Kemp Suite 810
Wichita Falls, Texas 76308

Hank Anderson
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
Certified - National Board of Trial Advocacy
Civil Trial Advocacy

Telephone:        (940) 691-7600
E-Mail:           lawfirm@wf.net
Website: www.andersonlawfirmtexas.com

June 1, 2012

HONORABLE RICHARD H. KYLE
United States District Court
District of Minnesota
772 Federal Building
316 N. Robert Street
St. Paul, MN 55101

    Re:   *Robyn Smith, et al. v. Blitz U.S.A., Inc., et al.*, Case No. 0:11-cv-01771,
           United States District Court for the District of Minnesota-Fergus Falls Div.

Dear Judge Kyle:

    First, Plaintiff has not seen nor been given the opportunity to review the documents and information that constitute the Defendants' "initial production" as the Kinderhook Defendants intimate in their letter to the Court today. [Docket No. 103 at 1]. Because the Plaintiff has not seen the documents and evidence the Defendants rely upon, she can neither refute nor verify the accuracy of the factual representations made by the Kinderhook Defendants.

    Second, the Court has specifically stated, "If the new ***Amended Complaint*** reveals that addition of the Kinderhook Entities to this case would destroy diversity jurisdiction, the Court will revisit the decision granting Plaintiff leave to amend." [Docket No. 89 at 4] (emphasis added). Therefore, the jurisdictional question in this matter will be answered by the Court *after* Plaintiff files her amended complaint, not before.

    Finally, the Kinderhook Defendants have made no showing demonstrating that complying with the Court's order would be "very burdensome." [Docket No. 103 at 2].

Therefore, Plaintiff respectfully requests that Court deny the relief sought by the Kinderhook Defendants.

Very truly yours,

Hank Anderson
Attorney at Law

HA/cb