## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Robyn Smith for Devan VanBrunt, a minor,
by his mother and natural guardian,

                        Plaintiff,

                                                  Civ. No. 11-1771 (RHK/LIB)
v.                                                    **ORDER**

Blitz U.S.A., Inc., *et al.*,

                        Defendants.

---

       The Kinderhook Entities' letter request (Doc. No. 103) for relief from the Court's May 21, 2012 Order (Doc. No. 89) is **DENIED**.

Date:  June 4, 2012                                       s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge