# Freshfields Bruckhaus Deringer US LLP

**TIMOTHY P. HARKNESS**
601 Lexington Avenue
31st Floor
New York, NY 10022
Tel +1 212 230 4610
Fax +1 646 465 7410
timothy.harkness@freshfields.com

**VIA ECF**

June 7, 2012

Honorable Judge Leo I. Brisbois
United States District Court
District of Minnesota
515 West 1st Street Room 412
Duluth, MN 55802-1397

Re:   *Robyn Smith, et al. v. Blitz USA., Inc., et al.* (Case No. 0:11-cv-01771)

Dear Judge Brisbois:

I represent Kinderhook Industries, LLC and Kinderhook Capital Fund II, L.P. (the "Kinderhook Defendants") in the above-captioned case.

On April 30, 2012, the Kinderhook Defendants filed a Motion for Extension of Time with the Court. [Docket No. 78]. On May 31, 2012, the Court directed the Parties to meet and confer regarding extension of the Pretrial Scheduling Order. [Docket No. 78]. The Parties conferred and have agreed to a stipulation for a proposed Amended Pretrial Order, which was filed with the Court today. [Docket No. 106].

I write to withdraw the Kinderhook Defendants' Motion for Extension of Time in light of the Parties stipulation for a proposed Amended Pretrial Order.

Respectfully,

*Timothy P. Harkness* /(MG)

Timothy P. Harkness

The Freshfields Bruckhaus Deringer US LLP partners include members of the Bars of the State of New York and the District of Columbia, Solicitors of the Supreme Court of England and Wales and Rechtsanwälte of Germany

Abu Dhabi  Amsterdam  Bahrain  Barcelona  Beijing  Berlin  Brussels  Cologne  Dubai  Düsseldorf  Frankfurt am Main  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  London  Madrid  Milan  Moscow  Munich  New York  Paris  Rome  Shanghai  Tokyo  Vienna  Washington