IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
**FERGUS FALLS DIVISION**

| | |
|---|---|
| ROBYN SMITH for DEVAN VANBRUNT, a Minor, by his mother and natural guardian,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BLITZ U.S.A., INC., WAL-MART STORES, INC., WAL-MART STORES EAST, LP, WAL-MART STORES EAST, INC., and KINDERHOOK CAPITAL FUND II, L.P. and KINDERHOOK INDUSTRIES, LLC,<br><br>　　　　Defendants. | Case No.: 0:11-cv-01771-RHK-LIB<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 25, 2012, I caused the following document:

**DEFENDANT WAL-MART STORES, INC.'S ANSWER TO
SECOND AMENDED COMPLAINT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

　　Brady R. Thomas – bthomas@rpwb.com
　　Daniel S. Haltiwanger – dhaltiwanger@rpwb.com
　　Michael R. Strom – mstrom@siebenpolklaw.com
　　Anton Cheskis – acheskis@siebenpolklaw.com
　　Henry "Hank" Anderson, III – handerson@wf.net
　　Benton G. Ross – bross@wf.net
　　Seth Leventhal – seth@leventhalpllc.com
　　Timothy P. Harkness – timothy.harkness@freshfields.com
　　Pamila Gudkov – mila.gudkov@freshfields.com

Dated this 25th day of June, 2012.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Ronald H. McLean (MN# 0148076)
　　　　　　　　　　　　　　　　　　　　　Kasey D. McNary (MN# 390937)
　　　　　　　　　　　　　　　　　　　　　SERKLAND LAW FIRM
　　　　　　　　　　　　　　　　　　　　　10 Roberts Street / P.O. Box 6017
　　　　　　　　　　　　　　　　　　　　　Fargo, ND 58108-6017
　　　　　　　　　　　　　　　　　　　　　Telephone: (701) 232-8957
　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　　WAL-MART STORES, INC.