## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| ROBYN SMITH for DEVAN VANBRUNT, a Minor, by his Mother and Natural Guardian,<br><br>  Plaintiff,<br><br>v.<br><br>BLITZ U.S.A. INC., WAL-MART STORES, INC., and KINDERHOOK INDUSTRIES, LLC,<br><br>  Defendants. | Court File No.: 0:11-cv-01771 (RHK/LIB) |

### CERTIFICATE OF WORD COUNT COMPLIANCE FOR DEFENDANT KINDERHOOK INDUSTRIES, LLC'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER OR, IN THE ALTERNATIVE STAY

My name is Seth Leventhal and I submit the following certification of word count pursuant to Local Rule 7.1(d) of the United States District Court for the District of Minnesota.  Kinderhook Industries, LLC's memorandum in support of its motion complies with the length limitation of this rule and with the type size limitation of D. Minn. L.R. 7.1(f).

Defendants' memorandum contains 9,264 words, counted by Microsoft Word™, with footnotes included in the word count, which is within the 12,000 word limit of D. Minn. L.R. 7.1(d).

Dated:  July 13, 2012

                                        By: s/Seth Leventhal

                                        LEVENTHAL pllc
                                        Seth Leventhal, Esq. (#0263357)
                                        2100 Rand Tower

527 Marquette Ave S
Minneapolis, MN 55402
Telephone: (612) 234-7349

seth@leventhalpllc.com

FRESHFIELDS BRUCKHAUS DERINGER US LLP

Timothy P. Harkness (admitted *pro hac vice*)
Pamila Gudkov (admitted *pro hac vice*)
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000

ATTORNEYS FOR DEFENDANT
KINDERHOOK INDUSTRIES, LLC

4827-1742-1072, v. 1