**Freshfields Bruckhaus Deringer US LLP**

**VIA ECF**

TIMOTHY P. HARKNESS
601 Lexington Avenue
31st Floor
New York, NY 10022
Tel +1 212 230 4610
Fax +1 646 465 7410
timothy.harkness@freshfields.com

August 8, 2012

Honorable Judge Richard H. Kyle
United States District Court
District of Minnesota
772 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re:   *Robyn Smith, et al. v. Blitz USA., Inc., et al.* (Case No. 0:11-cv-01771)

Dear Judge Kyle:

On June 11, 2012, Plaintiff filed her Second Amended Complaint [Docket No. 109]. On June 27, 2012, Defendant Kinderhook Industries, LLC ("Kinderhook Industries") filed its Motion to Dismiss or, in the alternative, Transfer or, in the alternative, Stay the claim against it (the "Motion to Dismiss") and provided notice that a hearing on the Motion to Dismiss would be held on August 24, 2012, at 10 a.m. [Docket Nos. 115, 116]. In accordance with D. Minn. LR 7.1(b)(1), Kinderhook Industries filed a memorandum and declaration in support of its Motion to Dismiss 42 days prior to the scheduled hearing date, on July 13, 2012 [Docket Nos. 117, 118].

In accordance with D. Minn. LR 7.1(b)(2), Plaintiff was required to file her Memorandum in Opposition to the Motion to Dismiss at least 21 days prior to the hearing, or by August 3, 2012. On August 6, 2012, Plaintiff filed a redacted Memorandum in Opposition together with 27 exhibits, 5 of which were filed under seal [Docket Nos. 120, 121]. On August 7, 2012, Plaintiff served an unredacted version of the Memorandum in Opposition on Kinderhook Industries [*See* Exh. A]. Today, August 8, 2012, Plaintiff filed the sealed exhibits with the Court and emailed a copy of the documents to Kinderhook Industries [Docket No. 123].

The Freshfields Bruckhaus Deringer US LLP partners include members of the Bars of the State of New York and the District of Columbia, Solicitors of the Supreme Court of England and Wales and Rechtsanwälte of Germany

Abu Dhabi  Amsterdam  Bahrain  Barcelona  Beijing  Berlin  Brussels  Cologne  Dubai  Düsseldorf  Frankfurt am Main  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  London  Madrid  Milan  Moscow  Munich  New York  Paris  Rome  Shanghai  Tokyo  Vienna  Washington

2|2

We write to request that the Court extend Kinderhook Industries' time to time to serve its Reply Memorandum, or, in the alternative, to seek adjournment of the hearing currently scheduled for August 24, 2012.

In accordance with D. Minn. LR 7.1(b)(3), Kinderhook Industries' Reply Memorandum is due 14 days prior to the hearing on August 10, 2012 — just two days from the day that service was completed. Kinderhook Industries cannot properly Reply to Plaintiff's Memorandum in Opposition until it has had sufficient time to review the 22 exhibits that Plaintiff filed on Monday, consisting of 290 pages, the unredacted Memorandum of Opposition that Plaintiff served Tuesday, and the additional 5 sealed exhibits that Kinderhook received only one hour ago, consisting of an additional 48 pages.

Kinderhook Industries respectfully requests that it be given at least 7 days from today — as the date that service of Plaintiff's Memorandum in Opposition and accompanying exhibits was complete — to draft its Reply Memorandum, as contemplated by D. Minn. LR 7.1(b)(3). Plaintiff has expressly agreed to this extension. If the Court requires additional time to consider the papers, then Kinderhook Industries respectfully requests that the current hearing date be adjourned.

For these reasons, we respectfully request that the Court extend Kinderhook Industries' time to file its Reply Memorandum to August 15, 2012, or, in the alternative, that the Court adjourn the hearing date.

Respectfully,

*Timothy P. Harkness* /(MG)

Timothy P. Harkness

US1326168

# EXHIBIT A

| | |
|---|---|
| **From:** | Chris Brown [cbrown@wf.net] |
| **Sent:** | Tuesday, August 07, 2012 1:26 AM |
| **To:** | HARKNESS, Timothy (TXH); 'Hank Anderson'; Dan Haltiwanger |
| **Cc:** | GUDKOV, Mila |
| **Subject:** | Smith - Unredacted Opposition |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | Smith Opposition - (Unredacted).pdf |

Dear Mr. Harkness:

Attached please find the unredacted version of Plaintiff's Opposition Memorandum.

I'll get a copy of the sealed exhibits to you today as well. Thanks.


Chris Brown,
Paralegal to Hank Anderson

The Anderson Law Firm
4245 Kemp Blvd., Suite 810
Wichita Falls, TX 76308
940.691.7600 – Tel
940.228.3194 – Fax


This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. sec. 2510-2521, is confidential and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure This e-mail is intended only for the addressee(s) named above. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Please reply to the sender if you have received the message in error, then delete it and any and all copies. Thank you.