UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
<u>FERGUS FALLS DIVISION</u>

| | |
|---|---|
| **ROBYN SMITH for D.V., a Minor,** ) <br> by his Mother and Natural Guardian, ) <br>   ) <br> **Plaintiff,** ) <br>   ) <br> vs. ) <br>   ) <br>   ) <br>   ) <br>   ) <br> **BLITZ U.S.A. INC.; and WAL-MART** ) <br> **STORES, INC.** ) <br>   ) <br> **Defendants.** ) | Case No.: 0:11-cv-01771 <br><br> JUDGE KYLE <br><br> MAGISTRATE BRISBOIS <br><br> MOTION FOR APPROVAL <br> OF VERIFIED PETITON FOR LEAVE <br> TO SETTLE CLAIM FOR PERSONAL <br> INJURIES TO A MINOR UNDER <br> MINNESOTA STATUTE § 540.08 |

COMES NOW Plaintiff, Robyn Smith, for D.V., a Minor, by his Mother and Natural Guardian, and through the undersigned counsel, respectfully moves the Court for an Order approving Plaintiff's Verified Petition For Leave to Settle Claim For Personal Injuries To A Minor Under Minnesota Statute § 540.08.

The Motion will be based upon all of the files, records, and proceedings herein.

Dated: July 10, 2014                          Respectfully submitted,

                                      By:    s/Hank Anderson
                                             Hank Anderson, Esq.
                                             Texas Bar No. 01220500
                                             THE ANDERSON LAW FIRM
                                             4245 Kemp Blvd., Suite 810
                                             Wichita Falls, Texas 76308
                                             Phone: (940) 691-7600
                                             Fax: (940) 228-3194
                                             *Admitted Pro Hac Vice*

1

Michael Strom, Esq.
No. 170082
SIEBEN POLK, P.A.
1640 Frontage Road, Suite 200
Hastings, MN 55033

Daniel S. Haltiwanger, Esq.
Brady R. Thomas, Esq.
RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN, LLC
1750 Jackson Street
Barnwell, SC 29812
*Admitted Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF**